THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JALAL A. SAID, Appellant.— Judgment insofar as it imposes sentence unanimously modified in the exercise of discretion to reduce the maximum term of defendant's sentence from seven years to three years, and as modified affirmed. (Appeal from judgment of Erie County Court convicting defendant of perjury, first degree.) Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Moule, JJ.